UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLYMPUS CAPITAL KEB CARDS, LTD., et al., | § § § § § | |
| Plaintiffs, | | |
| v. | § § | CIVIL ACTION NO. 3:06-CV-2020-B ECF |
| LONE STAR MANAGEMENT CO. IV, LTD., et al., | § § § § | |
| Defendants. | | |

## ORDER

Before the Court is Defendants' Motion to Stay Discovery (doc. 18), filed February 5, 2007.

The Court DENIES this motion, and the parties may proceed with discovery in this case.

SO ORDERED.

SIGNED June __28th__, 2007

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -